IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABBITT, | No. C 14-0396 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| UNKNOWN, | |
| Defendant. | |

On January 28, 2014, plaintiff, proceeding *pro se*, filed a letter which commenced this action. The same day, the clerk notified plaintiff that she had not paid the filing fee, nor had she filed an application to proceed in forma pauperis ("IFP"). The clerk also notified plaintiff that she failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application and instructions for completing it. Plaintiff was further cautioned that her failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. In addition, plaintiff was advised that her failure to file a complaint within twenty-eight days would result in the dismissal of this action. To date, plaintiff has not paid the filing fee, filed a completed IFP application, or filed a complaint.

Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 3/21/14

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.14\Habbitt396disifpcomp.wpd